1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BETH J. HOWARD aka BETHEL J. MCGARR
aka BETHEL J. MCGARRHOWARD,

    Defendant(s).

NO. CV 08 3371 SLM

**MOTION TO ENTER DEFAULT FOR FAILING TO PLEAD**

To:   Richard W. Wieking, Clerk
      United States District Court
      Northern District of California

      PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 19, 2008     By: _____
                                            MICHAEL COSENTINO
                                            Attorney for Plaintiff