1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CV 08 3371 SLM |
| Plaintiff, | **DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT** |
| v. | |
| BETH J. HOWARD aka BETHEL J. MCGARR aka BETHEL J. MCGARRHOWARD, | |
| Defendant. | |

I, MICHAEL COSENTINO, declare:

1. I am the attorney for the plaintiff in the above-entitled action.

2. This declaration is made on behalf of plaintiff.

3. From the files and records and other information in this case, declarant is informed and believes that the defendant's place of residence is at 5227 TENINO WAY, KELSEYVILLE, CA 95451-5845.

4. Defendant is not an infant or incompetent person and not in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

5. The time for defendant to plead or otherwise defend has expired.

6. Subsequent to the date of the Certificate of Indebtedness, a copy of which is attached hereto and made a part hereof as Exhibit A, $0.00 in payments have been made

1 | to the account; there is now due and owing to the plaintiff from the defendant the sum of
2 | $8,717.22 principal, plus $2,870.52 additional interest, $0.00 administrative costs, $55.00
3 | court costs, and $2,905.44 as attorney fees.
4 |     WHEREFORE, declarant requests that judgment be entered on behalf of the plaintiff
5 | and against the defendant in the sum of $14,548.18 plus post judgment interest at the legal
6 | rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a), which will be
7 | compounded annually pursuant to the provisions of 28 USC Sec. 1961(b).
8 |     I certify under penalty of perjury that the foregoing is true and accurate to the best of
9 | my knowledge, information and belief.
10 |
11 | Dated: August 19, 2008
12 |                                  MICHAEL COSENTINO
                                 Attorney for the Plaintiff

DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT    2

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Beth J. Howard
Aka: Bethel J. McGarr
5227 Tenino Way
Kelseyville, CA 95451-5845
Account No. XXXXX9587

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/28/08.

On or about 07/16/01, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $7,895.24 on 08/07/01, at 6.50 percent interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 11/25/03. Pursuant to 34 C.F.R. § 685.202(b), a total of $821.98 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $42.77 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $8,717.22 |
| Interest: | $2,695.58 |
| Total debt as of 04/28/08: | $11,412.80 |

Interest accrues on the principal shown here at the rate of $1.55 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/13/08

Alberto Francisco
Loan Analyst
Senior Loan Analyst
Litigation Support

EXHIBIT A