1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08 3371 SLM |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| BETH J. HOWARD aka BETHEL J. MCGARR aka BETHEL J. MCGARRHOWARD, | |
| Defendant. | |

See attached list:

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501.  On  August 19, 2008, I served the

**MOTION TO ENTER DEFAULT FOR FAILING TO PLEAD,**

**DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT, and**

**[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

BETH J. HOWARD aka BETHEL J. MCGARR
aka BETHEL J. MCGARRHOWARD
5227 TENINO WAY
KELSEYVILLE, CA 95451-5845

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 19, 2008 at  Alameda, California.

_____
MICHAEL COSENTINO