FILED
08 AUG 22 PM 12: 13
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

1  Bethel J. McGarr-Howard
2  5227 Tenino Way
3  Kelseyville, CA   95451
4  Telephone:  (707) 462-8836
5
6              IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,              Case No. CV 08 3371 SLM
10 Plaintiff,                             ANSWER TO COMPLAINT
11 v.
12 Bethel J. McGarr-Howard
13         Defendant.
14 _____/
15         Defendant alleges:
16  1.  Jurisdiction:  Defendant admits that the Court has jurisdiction of this action under
17      28 U.S.C. Section 1345.
18  2.  Defendant admits residency in the Northern District of California.
19  3.  Defendant denies any and all indebtedness alleged by plaintiff in this action.
20 I, Bethel J. McGarr-Howard, defendant, declare, under penalty of perjury, that the foregoing is true
21 and correct.
22
23 Date:  August 21, 2008
24                                         Bethel J. McGarr-Howard,
                                           Defendant
25
26
27

|   |   |
|---|---|
| 1 | (PROOF OF SERVICE BY MAIL -- 1013a, 2015.5 C.C.P.) |
| 2 | |
| 3 | I am a citizen of the United States and a resident of the County of Mendocino. I am |
| 4 | over the age of eighteen years and not a party to the within action. My business address is |
| 5 | P.O. Box 295, Talmage California 95481.  On August 21, 2008, I served the within |
| 6 | *ANSWER TO COMPLAINT* on the parties in said action, by placing a true copy thereof, |
| 7 | enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States post |
| 8 | office box, at Ukiah, California, addressed as follows: |
| 9 | MICHAEL COSENTINO, ESQ. |
|   | Attorney at Law |
| 10 | P.O. Box 129 |
|   | Alameda, CA 94501 |
| 11 | |
| 12 | I, CATHERINE MANNO, declare, under penalty of perjury, that the foregoing is |
| 13 | true and correct. |
| 14 | Executed on August 21, 2008 at Ukiah, California. |
| 15 | |
| 16 | _____ |
|    | CATHERINE MANNO |

August 21, 2008

Bethel J. McGarr-Howard

5227 Tenino Way

Kelseyville, CA  95451

Telephone:  (707) 462-8836

Richard W. Wieking, Clerk

United States District Court, Northern District of California

450 Golden Gate Avenue, 16th Floor, Room 121111

San Francisco, CA  94102

RE:   Case Number:  CV 08 3371 SLM

Dear Mr. Wieking,

Enclosed please find an original and 2 copies of my answer filed regarding the above referenced case.

Please immediately file said answer and please return an endorsed-filed copy of the answer to me in the postage paid pre-addressed envelope enclosed.

Thank you in advance for your consideration and cooperation.

Very sincerely,

Bethel J. McGarr-Howard

cc:   file