**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                           General Court Number
Clerk                                                                    415.522.2000

August 26, 2008

CASE NUMBER:  CV 08-03371 SLM
CASE TITLE:  UNITED STATES OF AMERICA-v-BETH J. HOWARD

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Elizabeth D. Laporte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EDL** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/26/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 8/26/08 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                   Transferor CSA