**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

         Plaintiff,

    v.

BETH J. HOWARD

         Defendant.

_____/

No. C-08-03371M EDL

ORDER SETTING CASE
MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been assigned to the Honorable Elizabeth D. Laporte for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a **Case Management Conference shall be held in this case on September 16, 2008**, at **3:00 p.m.** in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. **However, the parties are required to appear in court at 2:30 p.m., 30 minutes prior to the Case Management Conference, to discuss the case with one another including disclosure of relevant information and any possibilities for settlement.**

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. Pursuant to Civil Local Rule 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than September 9, 2008. If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**." One copy shall be clearly marked as a <u>chambers</u> copy.

IT IS SO ORDERED.

Dated: August 27, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA et al,

          Plaintiff,

  v.

BETH J. HOWARD et al,

          Defendant.
_____/

Case Number: CV08-03371 EDL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Beth J. Howard
5227 Tenino Way
Kelsyville, CA 95451


Dated: August 27, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk