**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

August 27, 2008

Michael Cosentino
Law Offices of Michael Cosentino
P.O. Box 129
Alameda, CA 94501

Beth J. Howard
5227 Tenino Way
Kelsyville, CA 95451

**Re: C 08-03371** EDL
**UNITED STATES OF AMERICA** v. **BETH J. HOWARD**

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed by in this case. Please select **one** of the attached forms documenting your consent or request for reassignment and file it with the Court by **September 9, 2008**, the date on which the Case Management Statement is due**.** If a response is not filed by each party by that date, this matter will be reassigned.

These forms can also be found on the Court's website at www.cand.uscourts.gov.

Thank you.

RICHARD W. WIEKING

_____
By:    Lili M. Harrell
       Deputy Clerk

Attachments