IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-08-3371 MMC |
| Plaintiff, | **ORDER RE: FAILURE TO APPEAR** |
| v. | |
| BETH J. HOWARD, | |
| Defendant. | |

The Court is in receipt of the "Declaration of Plaintiff's Counsel re Failure to Appear at CMC Hearing," filed October 3, 2008. The Court accepts counsel's explanation as to both parties' failure to appear.

**IT IS SO ORDERED.**

Dated: October 15, 2008

MAXINE M. CHESNEY
United States District Judge