1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3
   Telephone: (510) 523-4702
4
   Attorney for the Plaintiff
5  United States of America

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,            )    Case No. C08-03371 MMC
11                                      )
                       Plaintiff,       )    **ORDER DISMISSING CASE
12                                      )    WITHOUT PREJUDICE**
                                        )
13        v.                            )
                                        )
14                                      )
                                        )
15 BETH J. HOWARD,                      )
                       Defendant,       )
16 _____)

17     Having considered the STIPULATION FOR ORDER DISMISSING CASE by the

18 above entitled parties on file herein, the matter having been submitted and good cause

19 therefor,

20     THE COURT ORDERS THAT the above entitled case be and hereby is dismissed

21 without prejudice.

22 DATED: October 15, 2008                    _____
                                              Maxine M. Chesney
23                                            United States District Court Judge

24

25 Approved as to form and content,

26 October 8, 2008
                                              _____
27                                            Beth J. Howard
                                              Defendant
28